**United States Bankruptcy Court**
**Southern District of New York, Manhattan Division**

IN RE:                                                                  Case No. _____

**Wansdown Properties Corporation N.V.** _____     Chapter **11** _____
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **October 8, 2019** _____     Signature: _____

                                                 **Gholam Reza Golsorkhi, President and Managing Director**     Debtor

Date: _____     Signature: _____

                                                                                                       Joint Debtor, if any

© 2019 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

29 Beekman Corp.
488 Madison Ave Fl 11
New York, NY 10022-5702

Alan H. Goldberg & Company, CPA
14 Penn Plz Ste 1315
New York, NY 10122-1390

Allgemeines Treuunternehmen
Attn: Buenyamin Taskapan
Aeulestrasse 5
P.O. Box 83
9490 Vaduz, Liechtenstein

Azadeh Nasser Azari
360 E 55th St
New York, NY 10022-4118

Azadeh Nasser Azari
360 E 55th St
New York, NY 10022-4118

Blank Rome LLP
1271 Avenue of the Americas
New York, NY 10020

Calray Gas Heat Corp.
571 Timpson Pl
Bronx, NY 10455-3806

CMC Worldwide
P.O. Box 2319,
1100 EC Amsterdam,
The Netherlands

Consolidated Edison Company of NY
JAF Station
PO Box 1702
New York, NY 10116-1702

Danilo Martinez Rivera
48-47 1st St
Woodside, NY 11377

Fatma Seclimis
48-24 42nd St
Sunnyside, NY 11104-3126

Gerar Perdereau
350 Cheminis des Monyens Brusquets
06600 Antibes France

Gholam Reza Golsorkhi
333 E 57th St # 15B
New York, NY 10022-2950

Giuseppi Margiotta
17 Ramapo Mountain Dr
Wanaque, NJ 07465-1635

Hine & Ogulluk, LLP
30 Wall St Fl 8
New York, NY 10005-2205

Joseph Fucito, Sheriff
66 John St Fl 13
New York, NY 10038-3735

Kelley Drye & Warren LLP
101 Park Ave
New York, NY 10178-0002

McCarthy, Burgess & Wolfe (Verizon)
The MB&W Building
26000 Cannon Rd
Cleveland, OH 44146-1807

Nader Mobargha, Esq.
Beys Liston & Mobargha LLP
641 Lexington Ave Fl 14
New York, NY 10022-4503

National Investment Bank (NA) NV
Schottegatweg Dost 205,
P.O. Box 477,
Willemstad, Curaçao

NYC Department of Finance
Attn: Legal Affairs
345 Adams St Fl 3
Brooklyn, NY 11201-3719

NYC Water Board
PO Box 11863
Newark, NJ 07101-8163

```
NYS Department of Taxation & Finance
Bankruptcy/Special Procedures Section
PO Box 5300
Albany, NY 12205-0300

NYS Department of Taxation and Finance
Department of Labor - Unemployment Insur
PO Box 15012
Albany, NY 12212-5012

NYS Unemployment Insurance Fund
PO Box 551
Albany, NY 12201-0551

Stella Flores
4856 47th St Apt 5G
Woodside, NY 11377-7273

Verizon
PO Box 15124
Albany, NY 12212-5124

Vertical Systems Analysis, Inc.
Midtown Station
PO Box 716
New York, NY 10018-0025
```