| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Wansdown Properties Corporation N.V.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION** |
| Case number (if known): | _____ |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                           12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Alan H. Goldberg & Company, CPA<br>14 Penn Plz Ste 1315<br>New York, NY 10122-1390 | alan@ahgoldbergcpa.com<br>(212) 265-4466 | Professional Services | | | | $16,000.00 |
| Azadeh<br>Nasser Azari<br>360 E 55th St<br>New York, NY 10022-4118 | | | Disputed | | | $150,000.00 |
| Blank Rome LLP<br>1271 Avenue of the Americas<br>New York, NY 10020 | Lawrence F. Flick II<br>(212) 885-5000 | Professional Services | | | | $294,105.61 |
| Calray Gas Heat Corp.<br>571 Timpson Pl<br>Bronx, NY 10455-3806 | (212) 722-5506 | Utility | | | | $930.89 |
| CMC Worldwide<br>P.O. Box 2319, 1100 EC Amsterdam,<br>The Netherlands | h.vdziel@cmcww.com | | Disputed | | | $13,232.94 |
| Consolidated Edison Company of NY<br>JAF Station<br>PO Box 1702<br>New York, NY 10116-1702 | (212) 243-3003 | Utility | | | | $1,166.12 |
| Danillo Martinez Rivera<br>48-47 1st St<br>Woodside, NY 11377 | (929) 339-6986 | | | | | $20,000.00 |

Debtor **Wansdown Properties Corporation N.V.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Fatma Secilmis** 48-24 42nd St Sunnyside, NY 11104-3126 | **(646) 578-9220** | | | | | $30,000.00 |
| **Fatma Secilmis** 48-24 42nd St Sunnyside, NY 11104-3126 | **(646) 578-9220** | | | | | $7,500.00 |
| **Gerard Perdereau** 350 Cheminis des Monyens Brusquets, 06600 Antibes FR | | | | | | $10,000.00 |
| **Giuseppi Margiotta** 17 Ramapo Mountain Dr Wanaque, NJ 07465-1635 | pep19m49@aol.com **(201) 315-5625** | **Storage** | | | | $2,619.00 |
| **Hine & Ogulluk, LLP** 30 Wall St Fl 8 New York, NY 10005-2205 | **Sevan Ogulluk, Esq.** sogulluk@hineogulluk.com **(212) 300-7390** | **Professional Services** | | | | $124,486.73 |
| **Kelley Drye & Warren LLP** 101 Park Ave New York, NY 10178-0002 | **Robert Bickford Jr., Esq.** rbickfordjr@kelleydrye.com **(212) 808-7639** | **Professional Services** | **Disputed** | | | $73,593.38 |
| **McCarthy, Burgess & Wolfe (Verizon)** The MB&W Building 26000 Cannon Rd Cleveland, OH 44146-1807 | **(440) 735-5100** | **Utility (Collections)** | | | | $464.28 |
| **NYC Department of Finance** Attn: Legal Affairs 345 Adams St Fl 3 Brooklyn, NY 11201-3719 | **(212) 440-5300** | **Taxes** | | | | $49,510.98 |
| **NYS Department of Taxation & Finance** Bankruptcy/Special Procedures Section PO Box 5300 Albany, NY 12205-0300 | **(518) 457-5434** | **Taxes** | | | | $12,199.58 |

Debtor **Wansdown Properties Corporation N.V.**        Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **NYS Department of Taxation and Finance Department of Labor - Unemployment Insur PO Box 15012 Albany, NY 12212-5012** | **Unemployment Insurance Division**  **(888) 899-8810** | **Taxes** | | | | $829.17 |
| **NYS Unemployment Insurance Fund PO Box 551 Albany, NY 12201-0551** | **(518) 457-5789** | **Taxes** | | | | $3,486.58 |
| **Stella Flores 4856 47th St Apt 5G Woodside, NY 11377-7273** | **(347) 319-6839** | | | | | $20,000.00 |
| **Vertical Systems Analysis, Inc. Midtown Station PO Box 716 New York, NY 10018-0025** | **Olaf Santiago**  **(212) 989-5525** | **Consulting Services** | | | | $480.00 |