Blumberg's Law Products  460—Execution Against Property, To Sheriff. Enforcement of Money Judgment, Blank Court. 4-18   ©2015 by BlumbergExcelsior, Inc., Publisher, NYC 11241   www.blumberg.com

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

Index No. 652137/2016

AZADEH NASSER AZARI,

Plaintiff

against

WANSDOWN PROPERTIES CORPORATION, N.V.,

Defendant

EXECUTION

### The People of the State of New York

TO THE SHERIFF OF ANY COUNTY OR ANY MARSHAL IN THE CITY OF NEW YORK, GREETING:

WHEREAS, in an action in the Supreme court of the State of New York county of New York between Azadeh Nasser Azari as plaintiff and Wansdown Properties Corporation N.V. as defendant who are all the parties named in said action, a judgment was entered on April 21, 2016 in favor of Plaintiff Azadeh Nasser Azari judgment creditor and against Defendant Wansdown Properties Corporation N.V. judgment debtor whose last known address is 29 Beekman Place, New York, NY 10022 in the amount of $ 2,700,225.00 including costs, of which $ 2,700,225.00 together with interest thereon from April 21, 2016 remains due and unpaid;

*WHEREAS, a transcript of the judgment was filed on April 21, 2016 with the Clerk of the County of New York, in which county the judgment was entered; and

*WHEREAS, a transcript of the judgment was docketed in the office of the Clerk of your county on April 21, 2016.

NOW, THEREFORE, WE COMMAND YOU to satisfy the said judgment out of the real and personal property of the above named judgment debtor and the debts due to him; and that only the property in which said judgment debtor, who is not deceased, has an interest or the debts owed to him shall be levied upon or sold hereunder; AND TO RETURN this execution to the clerk of the above captioned court within 60 days after issuance unless service of this execution is made within that time or within extensions of that time made in writing by the attorney(s) for the judgment creditor.

Pursuant to CPLR § 5205(l), $2,850 of an account containing direct deposit or electronic payments reasonably identifiable as statutorily exempt payments, as defined in CPLR 5205(l)(2), is exempt from execution and the garnishee cannot levy upon or restrain $2,850 in such an account.

Pursuant to CPLR § 5222(i), an execution shall not apply to an amount equal to or less than 90% of the greater of 240 times the federal minimum hourly wage prescribed in the Fair Labor Standards Act of 1938 or 240 times the state minimum hourly wage prescribed in section Labor Law § 652 as in effect at the time the earnings are payable, except such part as a court determines to be unnecessary for the reasonable requirements of the judgment debtor and his or her dependents.

Dated: July 8, 2019

_____
The name signed must be printed beneath.
Nader Mobargha, Esq.

A notice to judgment debtor in the form presented by CPLR §5222(e) — HAS — HAS NOT — been served on judgment debtor within a year.

* Delete if unnecessary in New York City.

Attorney(s) for Judgment Creditor
Office and Post Office Address
Beys Liston & Mobargha LLP
641 Lexington Avenue, 14th Floor
New York, New York 10022

## ENDORSEMENT

*Please take notice that the following named defendants were not served with a summons herein, viz.:*

*and that, as to them, the execution must be restricted as below prescribed.*

An execution against property shall not be levied upon the sole property of such a defendant, but it may be collected out of real and personal property owned by him jointly with the other defendants who were summoned or with any of them, and out of the real and personal property of the latter or any of them.

*Attorney(s) for*

*Name and Address of Garnishee*

*Address of Judgment Debtor*
29 Beekman Place
New York, New York 10022

*Location of Property*
29 Beekman Place
New York, New York 10022

*INDEX NO.* 652137/2016      COURT OF NEW YORK      COUNTY OF OF NEW YORK

## Execution 
*AGAINST PROPERTY*

AZADEH NASSER AZARI,

*Plaintiff(s)*

**LAW OFFICES OF**
Beys Liston & Mobargha LLP

*against*

WANSDOWN PROPERTIES CORPORATION, N.V.

*Defendant(s)*

*Sheriff of any County*
*Levy and collect as within directed*

*Attorney(s) for* Plaintiff/Judgment Creditor
*Office and Post Office Address*
641 Lexington Avenue, 14th Floor
New York, NY 10022

*with interest from*
*besides your fees, etc.*

*Dated and time received*

_____ *Sheriff*