# GHOLAM REZA GOLSORKHI



Gholam Reza Golsorkhi attended primary school in Pakistan and secondary school in the United Kingdom, and the United States. He received his undergraduate degree at Woodbury College, Los Angeles, California in 1969. He completed his graduate studies at the American Graduate School of International Management in 1971. On his return to Iran in 1971, he joined Iranian Gendarmerie as a 2nd Lieutentant. He held the position of Deputy Minister of Information and Tourism and Head of the Private Secretariat of HIH Princess Ashraf Pahlavi's special bureau. He has held the position of treasurer and finance advisor for the Foundation for Iranian Studies since the institution was founded in 1982.

© Foundation for Iranian Studies, 4343 Montgomery Avenue, Suite 200, Bethesda, Maryland 20814. Tel: 301.657.1990 | Fax: 301.657.1983