**Subject:** Re: Judge Bannon's Decision in Vahidi v. Azari, Index No. 655724/2019
**Date:** Monday, October 7, 2019 at 11:53:05 AM Eastern Daylight Time
**From:** Flick, Lawrence
**To:** Nader Mobargha
**CC:** Krezalek, Martin S., Michael Beys

We were not aware of this at all and I doubt Reza is aware of this action either. Did you attach the complaint and decision? If so I can't open on my phone.

Sent from my iPhone

> On Oct 7, 2019, at 11:49 AM, Nader Mobargha <nmobargha@blmllp.com> wrote:
>
> Larry and Martin,
>
> Even assuming you were not involved in the Trust and Golsorkhi's latest attempt to avoid paying their undisputed obligations under Ms. Azari's Judgment, I attach the decision from Kamran Vahidi's latest frivolous lawsuit against Ms. Azari, which he filed last week. However, I am sure you are aware of it.
>
> Not only did Judge Bannon deny Vahidi's TRO to delay the Sheriff sale, she "disposed" of his entire frivolous case, in which he alleges "collusion and fraud" between Golsorkhi and Ms. Azari.
>
> We know that your clients were behind this because, back in November of last year, you informed us that, if we did not settle with the Trust even though we had won, the Trust would file an action in which they would allege "collusion" against Golsorkhi and Ms. Azari. And they did. Your clients were unfazed that the allegations in the first lawsuit, in which they claimed Golsorkhi did not understand English and that Ms. Azari "tricked" Golsorkhi, was entirely inconsistent with an allegation of "collusion", which implies the opposite, namely, that they worked together. This inconsistency was why your clients used Kamran as their shill.
>
> As a result, you and your clients are on notice of three things:
>
> 1. The First Department's October 23, 2018 decision – and Judge Bannon's decision on Friday – confirm the validity of the judgment and are the law of the case.
>
> 2. These two decisions preclude *any* further attacks on the judgment – whether in state court, federal court, or Bankruptcy court. Any further challenges will be laughed out of court as Vahidi's lawyer was on Friday. It was not even close.
>
> 3. Should you or your clients decide to ignore the two points above and file another collateral attack, you are on notice that we will be seeking sanctions and attorney's fees against the law firm behind the attack and your clients, and will seek to hold your clients in contempt of court.
>
> Nader
>
> **Nader Mobargha**

**Beys Liston & Mobargha LLP**
641 Lexington Ave, 14th Floor
New York, NY 10022
nmobargha@blmllp.com
ph: (646) 755-3603 | fax: (646) 755-3599

Please consider the environment before printing this e-mail.

Confidentiality Notice: This electronic message is from a law firm. The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution, copying, printing or saving of this e-mail and any attachments is strictly prohibited. If you received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. Federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

<655724_2019_KAMRAN_ABBAS_VAHID_v_AZADEH_NASSER_AZARI_et_al_ORDER_TO_SHOW_CAUSE_32.pdf>

*********************************************************************************************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

*********************************************************************************************