**Subject:** RE: Wansdown: 29 Beekman
**Date:** Tuesday, June 4, 2019 at 6:56:53 PM Eastern Daylight Time
**From:** Flick, Lawrence
**To:** Michael Beys
**CC:** Nader Mobargha

I am sorry to hear that you are taking that position. I was planning to respond before I left the office tonight and just finished a meeting. It is my understanding that It will take you 2 years to try to enforce your judgement and get to a sale and even longer if there is a bankruptcy which would be likely. We will continue to market the property and to sell it as quickly as possible and continue to have strong interest with one buyer coming back for the 3rd time tomorrow for a 2 hour block. Wanesdown will continue to talk to potential lenders to see if we can come up with cash to settle now. I met with Reza for an hour today to talk about the terms of the settlement agreement including if he could come up with the requested deposit for Triton. You are correct that without some assurances from you that if the financing were not go through that Wanesdown would be given the time it needs to properly market the property that a settlement doesn't make sense. It also doesn't make sense that you would reject out of hand another lender just because they are not " arms length " on terms similar to what we were discussing when Triton was proposing a smaller loan. We are going back to that lender to see if they will increase the loan so we can make a cash offer to you.

**Lawrence F. Flick II** | BLANKROME
1271 Avenue of the Americas | New York, NY 10020
O: 212.885.5556 | flick@blankrome.com

One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
O: 215.569.5556

**From:** Michael Beys [mailto:mbeys@blmllp.com]
**Sent:** Tuesday, June 4, 2019 6:41 PM
**To:** Flick, Lawrence <Flick@BlankRome.com>
**Cc:** Nader Mobargha <nmobargha@blmllp.com>
**Subject:** Re: Wansdown: 29 Beekman

Larry,

Having not heard from you today, any and all settlement discussions are concluded and all prior offers are hereby withdrawn.

Best,
Mike

Michael P. Beys
Beys Liston & Mobargha LLP
641 Lexington Avenue, 14th Floor
New York, New York 10022
Tel. 646 755 3605
Fax 646 755 3599
mbeys@blmllp.com

Confidentiality Notice: This electronic message is from a law firm. The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution, copying, printing or saving of this e-mail and any attachments is strictly prohibited. If you received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately.