RUBIN LLC
Paul A. Rubin
Hanh V. Huynh
345 Seventh Avenue, 21st Floor
New York, New York 10001
Tel: 212.390.8054
Fax: 212.390.8064
prubin@rubinlawllc.com
hhuynh@rubinlawllc.com

*Proposed Counsel for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| WANSDOWN PROPERTIES CORPORATION N.V., | : | Case No.: 19-13223 (SMB) |
| Debtor. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF HEARING ON DEBTOR'S APPLICATION PURSUANT TO SECTIONS 327(e), 330 AND 1107(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 2014 AND 2016, AND LOCAL RULES 2014-1 AND 2016-1 FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF BLANK ROME LLP AS SPECIAL LITIGATION, REAL ESTATE, AND TAX COUNSEL EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE**

**PLEASE TAKE NOTICE** that a hearing (the "Hearing") to consider the application (the "Application") [ECF No. 11] of Wansdown Properties Corporation N.V. (the "Debtor") for entry of an order authorizing the Debtor to retain Blank Rome LLP as special litigation, real estate, and tax counsel to the Debtor, and the objection to the Application filed by Azadeh Nasser Azari [ECF No. 15], shall be held before the Honorable Stuart M. Bernstein, Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, at One Bowling Green, New York, New York 10004 on **November 14, 2019 at 10:00 a.m.** (prevailing Eastern Time).

Dated: New York, New York
November 4, 2019

        RUBIN LLC

        By:  */s/ Paul A. Rubin*
           Paul A. Rubin
           Hanh V. Huynh

        345 Seventh Avenue, 21st Floor
        New York, New York 10001
        Tel: 212.390.8054
        prubin@rubinlawllc.com
        hhuynh@rubinlawllc.com