KIRBY AISNER & CURLEY LLP
*Counsel for Secured Creditor*
    *National Investment Bank (N.A) N.V.*
700 Post Road, Suite 237
Scarsdale, New York 10583
(914) 401-9500
Erica R. Aisner, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

WANDSOWN PROPERTIES CORPORATION, N.V.,

                    Debtor.
-----------------------------------------------------------------X

                              Chapter 11
                              Case No. 19-13223 (SMB)

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF DOCUMENTS

      **PLEASE TAKE NOTICE THAT**, pursuant to Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Kirby Aisner & Curley LLP, hereby appears as attorneys for *National Investment Bank (N.A) N.V.*, as a secured creditor in the above-captioned chapter 11 case. It is hereby requested that copies of any and all notices, pleadings, and orders be sent to:

KIRBY AISNER & CURLEY LLP
Attn: Erica R. Aisner, Esq
700 Post Road, Suite 237
Scarsdale, New York 10583
eaisner@kacllp.com
Telephone: 914-401-9500

      **PLEASE TAKE FURTHER NOTICE**, that, pursuant to Rules 2002 and 9007 of the of Bankruptcy Rules, the foregoing request includes not only the notice and papers referred to in the rules specified above, but all other notices, papers and documents, including but not limited to:

copies of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise.

Dated: Scarsdale, New York
November 13, 2019

        KIRBY AISNER & CURLEY LLP
*Counsel for Secured Creditor*
   *National Investment Bank (N.A) N.V.*
700 Post Road, Suite 237
Scarsdale, New York 10583
(914) 401-9500

By: /s/ Erica R. Aisner,
    Erica R. Aisner, Esq

To:   Counsel to the Debtor
      United States Trustee
      All Parties Receiving ECF Notification