**ROSEN & ASSOCIATES, P.C.**
*Counsel to Pelmadulla Stiftung, Vaduz*
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen
John H. Drucker

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Wansdown Properties Corporation N.V.,<br><br>Debtor. | Chapter 11<br><br>Case No. 19–13223 (SMB) |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**") and Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rosen & Associates, P.C. hereby enters its appearance as counsel to *Pelmadulla Stiftung, Vaduz*, a creditor and party-in-interest in the above-captioned matter, and hereby requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed, or required to be given or filed in this case be given and served upon counsel at the following address:

> **ROSEN & ASSOCIATES, P.C.**
> 747 Third Avenue
> New York, NY 10017-2803
> (212) 223-1100
> Attn: Sanford P. Rosen, Esq.
>    Paris Gyparakis, Esq.

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the provisions of the Bankruptcy Code and Bankruptcy Rules specified above, but also, without limitation, any notice, hearing date, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, facsimile or otherwise filed or given with regard to the referenced case and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that demand also is made that the undersigned be added to the notice list for notice of all contested matters, adversary proceedings, and other proceedings in the referenced matter.

Dated: New York, New York
      January 2, 2020

                              **ROSEN & ASSOCIATES, P.C.**
                              *Counsel to Pelmadulla Stiftung,*
                                *Vaduz*

                              By: */s/ Sanford P. Rosen*
                                  Sanford P. Rosen
                                  Paris Gyparakis

                              747 Third Avenue
                              New York, NY 10017 2803
                              (212) 223-1100