**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>WANSDOWN PROPERTIES CORPORATION, N.V.,<br><br>            Debtor. | Chapter 11<br><br>Case No. 19-13223-smb |
| WANSDOWN PROPERTIES CORPORATION, N.V.,<br><br>            Plaintiff,<br><br>- against –<br><br>AZADEH NASSER AZARI,<br><br>            Defendant. | Adv. Pro. No. 19-1450-smb |

PLEASE TAKE NOTICE that Nader Mobargha, Esq. of Beys Liston & Mobargha LLP enters his Notice of Appearance as counsel of record for Defendant Azadeh Nasser Azari in the above-captioned adversary proceeding.  I certify that I am admitted to practice before this Court.

Dated: January 14, 2020
      New York, New York

                                                    **BEYS LISTON & MOBARGHA LLP**

                                                    By:  _____/s/_____
                                                           Nader Mobargha, Esq.


                                                    641 Lexington Avenue, 14th Floor
                                                    New York, New York 10022
                                                    Telephone: (646) 755-3603
                                                    Facsimile: (646) 755-5229
                                                    Email: nmobargha@blmllp.com
                                                    *Attorneys for Defendant*
                                                   *Azadeh Nasser Azari*