**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| WANSDOWN PROPERTIES CORPORATION N.V., | : | Case No.: 19-13223 (SMB) |
| | : | |
| Debtor. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER PURSUANT TO 11 U.S.C. § 1121(d) EXTENDING EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT VOTES THEREON**

Upon the motion (the "Motion")[1] of Wansdown Properties Corporation N.V. (the "Debtor"), seeking an order extending for 90 days the exclusive periods in which the Debtor may file a chapter 11 plan (the "Plan Exclusivity Period") and solicit acceptances thereof (the "Solicitation Exclusivity Period," and together with the Plan Exclusivity Period, the "Exclusive Periods"); and it appearing that proper and sufficient notice of the relief sought in the Motion has been given; and it further appearing that the requested relief is reasonable and proper; and sufficient cause appearing to me therefor and due consideration having been given; it is hereby

**ORDERED**, that the Motion is granted as set forth herein; and it is further

**ORDERED**, that, pursuant to section 1121(d) of the Bankruptcy Code, the Plan Exclusivity Period is extended through and including May 5, 2020; and it is further

**ORDERED**, that, pursuant to section 1121(d) of the Bankruptcy Code, the Solicitation Exclusivity Period is extended through and including July 4, 2020; and it is further

**ORDERED**, that entry of this Order is without prejudice to the Debtor's right to make further applications for additional extensions of the Exclusive Periods.

---

[1] All capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

2

Dated: New York, New York
**February 13th, 2020**

                                        **/s/ STUART M. BERNSTEIN**
                                        UNITED STATES BANKRUPTCY JUDGE