UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: Wansdown Properties Corporation N.V. | CASE NO: 19-13223 (SMB)<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 89 |

On 4/23/2020, I did cause a copy of the following documents, described below,

Objection to Claim No. 9 Filed By Pelmadulla Stiftung, Vaduz ECF Docket Reference No. 89

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/23/2020

/s/ Hanh Huynh
Hanh Huynh
Rubin LLC
345 Seventh Avenue, 21st Floor
New York, NY 10001
212 390 8272

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: Wansdown Properties Corporation N.V. | CASE NO: 19-13223 (SMB) |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 11 |
| | ECF Docket Reference No. 89 |

On 4/23/2020, a copy of the following documents, described below,

Objection to Claim No. 9 Filed By Pelmadulla Stiftung, Vaduz ECF Docket Reference No. 89

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/23/2020

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Hanh Huynh
Rubin LLC
345 Seventh Avenue, 21st Floor
New York, NY 10001

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| ALAN H. GOLDBERG & COMPANY CPA<br>14 PENN PLZ STE 1315<br>NEW YORK NY 10122-1390 | AZADEH NASSER AZARI<br>360 E 55TH ST<br>NEW YORK NY 10022-4118 | BLANK ROME LLP<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 |
| CALRAY GAS HEAT CORP.<br>571 TIMPSON PL<br>BRONX NY 10455-3806 | CONSOLIDATED EDISON COMPANY OF NY<br>JAF STATION<br>PO BOX 1702<br>NEW YORK NY 10116-1702 | DANILO MARTINEZ RIVERA<br>48-47 63RD ST<br>WOODSIDE NY 11377 |
| FATMA SECLIMIS<br>48-24 42ND ST<br>SUNNYSIDE NY 11104-3126 | GHOLAM REZA GOLSORKHI<br>333 E 57TH ST # 15B<br>NEW YORK NY 10022-2950 | GIUSEPPI MARGIOTTA<br>17 RAMAPO MOUNTAIN DR<br>WANAQUE NJ 07465-1635 |
| HINE & OGULLUK LLP<br>30 WALL ST FL 8<br>NEW YORK NY 10005-2205 | JOSEPH FUCITO SHERIFF<br>66 JOHN ST FL 13<br>NEW YORK NY 10038-3735 | KELLEY DRYE & WARREN LLP<br>101 PARK AVE<br>NEW YORK NY 10178-0002 |
| MCCARTHY BURGESS & WOLFE (VERIZON)<br>THE MB&W BUILDING<br>26000 CANNON RD<br>CLEVELAND OH 44146-1807 | NADER MOBARGHA ESQ.<br>BEYS LISTON & MOBARGHA LLP<br>641 LEXINGTON AVE FL 14<br>NEW YORK NY 10022-4503 | NYC DEPARTMENT OF FINANCE<br>ATTN: LEGAL AFFAIRS<br>345 ADAMS ST FL 3<br>BROOKLYN NY 11201-3719 |
| NYC WATER BOARD<br>PO BOX 11863<br>NEWARK NJ 07101-8163 | NYS DEPARTMENT OF TAXATION & FINANCE<br>BANKRUPTCY/SPECIAL PROCEDURES SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | NYS DEPARTMENT OF TAXATION AND FINANCE<br>DEPARTMENT OF LABOR - UNEMPLOYMENT<br>INSUR<br>PO BOX 15012<br>ALBANY NY 12212-5012 |
| NYS UNEMPLOYMENT INSURANCE FUND<br>PO BOX 551<br>ALBANY NY 12201-0551 | STELLA FLORES<br>4856 47TH ST APT 5G<br>WOODSIDE NY 11377-7273 | VERIZON<br>PO BOX 15124<br>ALBANY NY 12212-5124 |
| VERTICAL SYSTEMS ANALYSIS INC.<br>MIDTOWN STATION<br>PO BOX 716<br>NEW YORK NY 10018-0025 | AKABAS & SPROULE<br>SETH AKABAS<br>488 MADISON AVENUE 11TH FLOOR<br>NEW YORK NY 10022 | KIRBY AISNER & CURLEY LLP<br>ATTN: ERICA R. AISNER<br>700 POST ROAD SUITE 237<br>SCARSDALE NY 10583 |
| STATE OF NEW YORK DEPARTMENT OF LABOR<br>UNEMPLOYMENT INSURANCE DIVISION<br>HARRIMAN STATE OFFICE BUILDING CAMPUS<br>BUILDING 12 ROOM 256<br>ALBANY NY 12240 | DEPARTMENT OF THE TREASURY - IRS<br>PO BOX 7346<br>PHILADELPHIA PA 19101 | PELMADULLA STIFTUNG VADUZ<br>C/O ROSEN & ASSOCIATES P.C.<br>ATTN: SANFORD P. ROSEN ESQ.<br>747 THIRD AVENUE<br>NEW YORK NY 10017 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

COMPASS
ATTN: CHARLIE ATTIAS
10 EAST 53RD STREET 4TH FLOOR
NEW YORK NY 10022

CHRISTOPHER SERBAGI
THE SERBAGI LAW FIRM
488 MADISON AVENUE SUITE 1120
NEW YORK NY 10022