**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> WANSDOWN PROPERTIES CORPORATION N.V., <br><br> Debtor. | Chapter 11 <br><br> Case No. 19–13223 (SMB) |

## CERTIFICATE OF SERVICE

**Paris Gyparakis**, under penalty of perjury, hereby certifies as follows:

      1.    I am over 18 years of age, reside in New York, New York and I am not a party to this proceeding.

      2.    On May 25, 2020, I served a copy of the *Response in Opposition to Debtor's Objection to Claim Filed By Pelmadulla Stiftung, Vaduz* [Doc. No. 94] and the *Affidavit in Support of Response in Opposition to Debtor's Objection to Claim Filed By Pelmadulla Stiftung, Vaduz* [Doc. No. 95], upon the parties whose names and addresses are set forth on the annexed service list by regular first-class mail, by depositing true copies of same in pre-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the state of New York.

Dated: New York, New York
       May 26, 2020

                                                                     _____
                                                                          Paris Gyparakis

**SERVICE LIST**

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
Attn: Paul K. Schwartzberg, Esq.

Rubin LLC
*Attorneys for Wansdown Properties*
  *Corporation N.V.*
345 Seventh Avenue, 21st Floor
New York, NY 10001
Attn: Paul A. Rubin, Esq.

Beys Liston & Mobargha LLP
*Attorneys for Azadeh Nasser Azari*
641 Lexington Avenue, 14th Fl.
New York, NY 10022
Attn: Nader Mobargha, Esq.

Kirby Aisner & Curley LLP
*Attorneys for National Investment*
  *Bank (N.A) N.V.*
700 Post Road, Suite 237
Scarsdale, New York 10583
Attn: Erica R. Aisner, Esq.

Law Offices of Christopher Serbagi
*Attorneys for 29 Beekman Corp.*
488 Madison Avenue, Ste 1120
New York, NY 10022
Attn: Christopher Serbagi, Esq.

Blank Rome LLP
*Special Counsel to Wansdown Properties*
  *Corporation N.V.*
1271 Avenue of the Americas
New York, NY 10020
Attn: Ira L. Herman, Esq.