Deborah A. Skakel
BLANK ROME LLP
1271 Avenue of the Americas
New York, NY 10020
Phone: 212.885.5000
Fax: 212.885.5001
Deborah.Skakel@blankrome.com

*Attorneys for Blank Rome LLP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> WANSDOWN PROPERTIES CORPORATION, N.V., <br><br> Debtor. | Case No. 19-13223-DSJ <br><br> Chapter 11 |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on the *Motion for Entry of an Order Approving Stipulation by and Between Blank Rome LLP and the United States Trustee* in the above-captioned matter shall be held before the Honorable David S. Jones, Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, **by Zoom on Thursday, October 27, 2022, at 10:00 a.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that to participate in the Hearing, parties are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) one business day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Dated: New York, New York
September 20, 2022

**BLANK ROME LLP**

By: /s/ *Deborah A. Skakel*
Deborah A. Skakel
1271 Avenue of the Americas
New York, NY 10020
Tel: 212-885-5000
Fax: 212-885-5001

*Attorneys for Blank Rome LLP*